UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DONALD J. McCAUSLIN,                      :
                                          :
      Petitioner                      :
                                          :
    v.                                  :   CIVIL NO. 3:CV-15-0982
                                          :
SUPERINTENDENT J. ECKARD,                 :   (Judge Kosik)
                                          :
      Respondent                      :

## ORDER

**AND NOW, THIS 27th DAY OF MAY, 2015,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion for leave to proceed in forma pauperis (Doc. 3) is **granted**.

2. Petitioner's request that disposition of his pending habeas corpus petition be stayed (Doc. 2) is **granted**.

3. Adjudication of Petitioner's federal habeas corpus action is **stayed**.

4. Within thirty (30) days of the termination of his state court proceedings, Petitioner is directed to file a written status report with this court detailing the conclusion of his Pennsylvania state court exhaustion efforts and including a copy of the relevant Superior and/or Supreme Court's disposition.

5. For administrative purposes only, the Clerk of Court is directed to mark this matter **closed**.

                         s/Edwin M. Kosik
                         EDWIN M. KOSIK
                         United States District Judge